**K&L GATES LLP**
One Newark Center, 10th Fl.
Newark, NJ 07102
P: 973-848-4000
F: 973-848-4001
*Attorneys for Defendant Meer Enterprises LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AZIZ CEYLAN, JOSEPH CEYLAN, and B & S INTERNATIONAL TRADING INC. (d/b/a B&B JEWELRY).<br>　　　　　　Plaintiffs,<br><br>v.<br><br>MEER ENTERPRISES LLC,<br>　　　　　　Defendant. | Civil Action No.: 2:18-cv-11546<br><br>Hon. Katharine S. Hayden, U.S.D.J.<br>Hon. Cathy L. Waldor, U.S.M.J.<br><br>*Document Filed Electronically*<br><br>**NOTICE OF CONSENTED-TO MOTION FOR ADMISSION PRO HAC VICE OF DOUGLAS R. HIRSCH, ESQ. AND JENNIFER ROSSAN, ESQ.** |

**PLEASE TAKE NOTICE** that on October 1, 2018, at 9:00 a.m., or as soon thereafter as counsel may be heard, K&L Gates LLP, attorneys for Defendant, Meer Enterprises LLC ("Defendant"), shall move for an Order, pursuant to Local Rule 101.1, admitting Douglas R. Hirsch, Esq. and Jennifer Rossan, Esq., as counsel *pro hac vice* for Defendant, in the within matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, counsel shall rely upon the accompanying Declarations of Donald W. Kiel, Douglas R. Hirsch, and Jennifer Rossan.

**PLEASE TAKE FURTHER NOTICE** that counsel for Plaintiffs has consented to Attorney Hirsch's and Attorney Rossan's admission *pro hac vice* in this matter.

1

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated:  Newark, New Jersey
    September 7, 2018

            Respectfully submitted,

            **K&L GATES LLP**

            By: /s/ Donald W. Kiel
              Donald W. Kiel