**K&L GATES LLP**
One Newark Center, 10th Fl.
Newark, NJ 07102
P: 973-848-4000
F: 973-848-4001
*Attorneys for Defendant Meer Enterprises LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AZIZ CEYLAN, JOSEPH CEYLAN, and B & S INTERNATIONAL TRADING INC. (d/b/a B&B JEWELRY).<br>　　　　Plaintiffs,<br><br>v.<br><br>MEER ENTERPRISES LLC,<br>　　　　Defendant. | Civil Action No.: 2:18-cv-11546<br><br>Hon. Katharine S. Hayden, U.S.D.J.<br>Hon. Cathy L. Waldor, U.S.M.J.<br><br>*Document Filed Electronically*<br><br>**ORDER GRANTING *PRO HAC VICE* ADMISSION OF DOUGLAS R. HIRSCH, ESQ. AND JENNIFER ROSSAN, ESQ.** |

　　**THIS MATTER**, having been brought before the Court upon the application of K&L Gates LLP, attorneys for the Defendant Meer Enterprises LLC ("Defendant"), in the above-captioned matter, for the admission *pro hac vice* of Douglas R. Hirsch, Esq. and Jennifer Rossan, Esq., and upon good cause appearing;

　　**IT IS**, on this _____ day of _____, 2018, hereby

　　**ORDERED** that Douglas R. Hirsch, Esq., a member in good standing of the Bars of the State of New York, and the United States District Courts for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the First, Second, and D.C. Circuits, is

1

permitted to appear *pro hac vice* in the above-captioned matter before this Court pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that Jennifer Rossan, Esq., a member in good standing of the Bars of the Commonwealth of Massachusetts and the State of New York and the United States District Court for the Southern and Eastern Districts of New York, is permitted to appear *pro hac vice* in the above-captioned matter before this Court pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a partner or associate with the law firm of K&L Gates LLP, attorneys of record for Defendant, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

**ORDERED** that Douglas R. Hirsch, Esq. and Jennifer Rossan, Esq., pursuant to L. Civ. R. 101.1(c), shall pay the annual fee to the New Jersey Fund for Client Protection in accordance with L. Civ. R. 101(c)(2) and New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that Douglas R. Hirsch, Esq. and Jennifer Rossan, Esq., pursuant to Local Rule 101.1(c)(3), shall make payment of $150.00 to the Clerk of the Court; and it is further

**ORDERED** that Douglas R. Hirsch, Esq. and Jennifer Rossan, shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and L. Civ. R. 104.1, <u>Discipline of Attorneys</u>; and it is further

**ORDERED** that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Fund for Client Protection.

_____
Hon. Cathy L. Waldor, U.S.M.J.
